# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156931 & (27)

ANITA L. SHEARDOWN,
   Plaintiff-Appellee,

v

            SC: 156931
            COA: 338089
            Oakland CC: 2016-846855-DC

JANINE GUASTELLA,
   Defendant-Appellant.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 14, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2018



Clerk

s0116